AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

The 1st fl. of the premises described as 1065 Park Ave. Cranston, RI, further described in Attachment A

**SEARCH WARRANT**

CASE NUMBER: 1:07-MJ-121M

TO: any Special Agent of Alcohol, Tobacco, & Firearms and any Authorized Officer of the United States

Affidavit(s) having been made before me by Michael J. Payne, Special Agent, BTFE who has reason to
Affiant

believe that ☑ on the person of or ☑ on the premises known as (name, description and/or location)
See ATTACHMENT A

in the ______ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 12-17-07
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established),~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to U.S. Magistrate Judge as required by law.
U.S. Judge or Magistrate

12-7-07 9:50 AM at Providence, Rhode Island
Date and Time Issued City and State

David L. Martin, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

**ATTACHMENT A**

The first floor of the premises described as 1065 Park Avenue, Cranston, Rhode Island, and further described as a two-story brick building, the first floor of which is occupied by a business establishment, Continental Gun Engraving, with a white sign with black lettering at the front of that business which reads "Continental Arms Company Established 1973," and a second white sign with red letters next to the front door of the building which reads "Bait."

**ATTACHMENT B**

Three ATF Form 4473s in the name of Joanne Kelms; three Rhode Island Applications to Purchase Pistol or Revolver in the name of Joanne Kelms; any and all other paperwork related to the sale or transfer of firearms to Joanne Kelms; the Continental Gun Engraving acquisition and disposition record book; and, paperwork documenting the ownership, occupancy and control of the described premises.

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/7/07 | 12/7/07 11:30am | Gerald Nouman / Al Renzi |

INVENTORY MADE IN THE PRESENCE OF
Gerald Nouman/ Al Renzi

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

* ATF F 4473- Trans. # 7039
* ATF F 4473- Trans. # 7047
* ATF F 4473- Trans. #7029
* RI Application to Purchase Revolver dated 10/22/07
* RI Application to Purchase Pistol dated 11/1/07
* RI Application to Purchase Revolver dated 11/26/07
* ATF F 3310.4 (Report of Multiple Sale) dated 11/9/07
* Continental Arms & Engraving Invoice # 4767
* Continental Arms & Engraving Invoice # 4746
* Continental Arms & Engraving Invoice # 4748
* JSC Inc. Invoice dated 2/26/07
* ATF F 8 (FFL) 6-05-007-01-0K-33594

## CERTIFICATION

**I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.**

Michael J. Payne SA, ATF [signature]

**Subcribed, sworn to, and returned before me this date.**

[signature: David L. Martin] 12-18-07

U.S. Judge or Magistrate — Date